IN RE HAYES

No. 380P02

Case below: 151 N.C. App. 27

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 December 2002. Petition by respondent (Hayes) for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

IN RE HODGE

No. 555P02

Case below: 153 N.C. App. 102

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 19 December 2002. Petition by respondent (Hodge) for discretionary review pursuant to G.S. 7A-31 denied 19 December 2002.

IN RE MITCHELL

No. 127A02

Case below: 148 N.C. App. 483

Petition by petitioner (Guardian ad Litem) for writ of supersedeas dismissed as moot 5 December 2002.

IN RE RHYNE

No. 639P02

Case below: 154 N.C. App. 477

Motion by plaintiff for temporary stay allowed 20 December 2002.

IN RE RIDDICK

No. 87P02

Case below: 147 N.C. App. 785

Petition by respondent (James Leron Riddick) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 19 December 2002.